IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTHONY MICHAEL SPEARS                   PLAINTIFF

v.           Civil No. 08-5171

DEPUTY HERNANDEZ; SGT. VAUGHN;
SHERIFF KEITH FERGUSON;
DEPUTY STRICKLAND; CAPTAIN
HUNTER PETRAY; LT. CARTER;
DEPUTY LEROY; DEPUTY LOWTHER;
DEPUTY GREEN; SGT. JESSEN; JAIL
NURSE; and JAIL DOCTOR                          DEFENDANTS

## ORDER

This is a civil rights action filed by the plaintiff, Anthony Michael Spears, under the provisions of 42 U.S.C. § 1983. Plaintiff is proceeding *pro se* and *in forma pauperis*.

Plaintiff is incarcerated at the Benton County Detention Center. He maintains, among other things, that excessive force was used against him on April 18, 2008, while he was restrained in handcuffs. On August 19, 2008, plaintiff filed a motion for protection (Doc. 8). He asserts there are no cameras in the pods, pod control, barracks, or hallways of the detention center to provide a safe environment against known risks or bodily harm. He asserts he has suffered "irreparable harm." In support of his motion, he indicates he suffered bodily harm as a result of the incident occurring on April 18th. He submits a copy of a medical bill indicating he received medical treatment on April 18th. He asks that a protection order be granted.

Without substantial justification for doing so, this court does not interfere with the way a jail or detention facility is run. There has been no ruling on the merits of the plaintiff's claims

in this case. In fact, the court is just in the process of ordering service of the complaint on the defendants. Other than the absence of cameras in the facility, plaintiff does not suggest any reason to believe he is in danger. He does not indicate he has been threatened by any of the defendants since April 18th or injured since then. The motion for protection (Doc. 8) is denied.

IT IS SO ORDERED this 10th day of September 2008.

/s/ *J. Marschewski*
    HON. JAMES R. MARSCHEWSKI
    UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**