**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ANTHONY MICHAEL SPEARS**                                              PLAINTIFF

          v.          Civil No. 08-5171

**DEPUTY HERNANDEZ; SGT. VAUGHN;**
**SHERIFF KEITH FERGUSON;**
**DEPUTY STRICKLAND; CAPTAIN**
**HUNTER PETRAY; LT. CARTER;**
**DEPUTY LEROY; DEPUTY LOWTHER;**
**DEPUTY GREEN; SGT. JESSEN;**
**NURSE MARSHA SMITH; and**
**DR. JOHN HUSKINS**                                                    DEFENDANTS

### O R D E R

Now on this 16th day of March, 2010, comes on for consideration **County Defendants' Motion For Summary Judgment** (document #33) and the **Report And Recommendation Of The Magistrate Judge** (document #40), to which no objections have been made. The Court has carefully reviewed said Report And Recommendation, and finds that it is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, **County Defendants' Motion For Summary Judgment** (document #33) is **granted in part and denied in part**.

The motion is **denied** insofar as it seeks dismissal of

plaintiff's claim of excessive force as against defendants Hernandez, Strickland, Lowther, Green, and Vaughn, and that claim is remanded to the Magistrate Judge for further proceedings.

The motion is **granted** in all other respects, and all plaintiff's claims are **dismissed** except the excessive force claim. This includes all claims against defendants Ferguson, Petray, Carter, Leroy, Jessen, Smith, and Huskins.

**IT IS SO ORDERED.**

    **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**